## HELEN E. MANAFORT *v.* JAMES MANAFORT, JR. (15907)

Landau, Schaller and Spear, Js.

Submitted on briefs March 6—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

## JAMES G. SCANTLING *v.* SANDRA SCANTLING (15726)

Landau, Schaller and Spear, Js.

Submitted on briefs March 6—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

## BIOTIX, INC. *v.* AMY ARROW YASKO ET AL. (15718)

Landau, Schaller and Spear, Js.

Submitted on briefs March 6—officially released April 1, 1997

Per Curiam. The judgment is affirmed.